1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MARTELL DEANDRE THOMAS,           )  NO. CV 11-00132-MWF (MAN)
                                       )
12              Petitioner,            )
                                       )
13        v.                           )  JUDGMENT
                                       )
14  JAMES WALKER,                      )
                                       )
15              Respondent.            )
    _____)

16

17

18        Pursuant  to  the  Court's  Order  Accepting  Findings  and

19  Recommendations of United States Magistrate Judge,

20

21        IT IS ADJUDGED that this action is dismissed with prejudice.

22

23  DATED: January 28, 2013.

24

25                                     _____
                                             MICHAEL W. FITZGERALD
26                                     UNITED STATES DISTRICT JUDGE

27

28